IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 00-60110
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CALVERY BAXTER, also known as
Danny Baxter, also known as
Rusty Nail, also known as Nail,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Mississippi
USDC No. 1:98-CR-47-5-D
_____

January 8, 2001

Before JOLLY, HIGGINBOTHAM, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Calvery Baxter, Attorney Kenneth Coghlan, has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Baxter has filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the APPEAL IS DISMISSED.  5TH CIR. R. 42.2.

IT IS FURTHER ORDERED that Baxter's application for the appointment of new counsel and an extension of time in which to file another response is DENIED.